

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable John C. Bianchi
County Auditor
Victoria County
Victoria, Texas

Dear Sir:                              Opinion No. 0-6197

Re: The buildings and grounds of
Yucca Heights Reservation, a
military reservation, the
property of the War Depart-
ment of the United States are
not taxable for state, county,
and school purposes.

        Quoted here below is a part of your letter submitting
to this office your request for an opinion on the above-captioned
subject:

        "Yucca Heights is a housing reservation, ac-
        commodating 252 families, located and is part of
        the Aloe Army Air Field, consisting of 166 Civilians
        and 86 enlisted men. The pay rentals of the above
        units are according to salary basis, scale and size
        of apartments; Maximum $43.00 per month rent.

        "The title of the above land rests in the name
        of the War Department and the purpose, being a
        military reservation. The grounds and buildings
        are maintained by the Post Engineers attached to
        Aloe Army Air Field, with direct supervision of the
        Commanding Officer at Aloe Field. The total acreage
        comprising Aloe Army Air Field is 1073.41 acres.

        "Now, the question is, that, this land came out
        of and was part of the Aloe Common School District of
        Victoria County, assessing and collecting taxes at the
        rate of .30¢ per hundred dollar valuation, for main-
        tenance and operation of this Common School District.
        Therefore, at present there are some 40 grammar grade
        pupils within this Yucca Heights Reservation seeking
        grade school education.

Honorable John C. Blanchi, page 2

        "I would appreciate an opinion as soon as
    possible on this matter, whether or not the build-
    ings and grounds of Yucca Heights Reservation, are
    taxable for School, State and County purposes.
    * * *"

        Our statutes exempt property owned by the United States
Government from taxation in the following language:

        "Article 7150.  Exemption from Taxation.

        "Section 4.  Public Property.  All property,
    whether real or personal, belonging exclusively
    to the United States, provided that such exemption
    from taxation shall not include any real property
    subject to taxation under any federal statute ap-
    plicable thereto.'

        The above-quoted provision is Article 7150 of Vernon's
Annotated Civil Statutes as amended by the Acts of 1943, Forty-
eighth Legislature, page 472, chapter 316, section 1.  The law
was amended in this manner in order to accept on behalf of the
State of Texas certain acts of the United States Congress per-
mitting the taxation of real estate owned by federal agencies
named and specified in the congressional acts.

        However, Congress has not passed any legislation pro-
viding for or permitting the taxation of real estate and improve-
ments thereon owned by the War Department and used for a military
purpose.  We must, therefore, advise you that the buildings and
grounds of Yucca Heights Reservation, as described in your letter,
are not taxable for school, state and county purposes.

                                    Yours very truly,

                                    ATTORNEY GENERAL OF TEXAS

APPROVED SEP 28 1944

ATTORNEY GENERAL OF TEXAS

                                    By
                                        Robert F. Cherry
                                        Assistant

RFC/JCP



APPROVED
OPINION
COMMITTEE
BY